**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAI STEPHEN ROSE,<br><br>Plaintiff<br><br>v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>Defendants | Case No.: 3:26-cv-00849-ART-CSD<br><br>**Order**<br><br>Re: ECF 6 |

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address. The court has received notice of undelivered mail to Plaintiff's address at **337 W. Clark St. Eureka, CA 95501**. Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. Failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court.

**IT IS SO ORDERED**.

Dated: November 13, 2026

Craig S. Denney
United States Magistrate Judge